## UNITED STATES of America, Plaintiff–Appellee

v.

## Charles L. BROWN, also known as Bear, Defendant–Appellant.

### No. 15–3600.

United States Court of Appeals, Eighth Circuit.

Submitted: March 23, 2016.

Filed: March 28, 2016.

William J. Raymond, Asst. Fed. Public Defender, Kansas City, MO (Laine Cardarella, Fed. Public Defender, on the brief), for appellant.

Jeffrey Q. McCarther, Asst. U.S. Atty., Kansas City, MO, for appellee.

Before WOLLMAN, BOWMAN, and MURPHY, Circuit Judges.

PER CURIAM.

Charles L. Brown directly appeals the sentence imposed by the district court[1] after he pleaded guilty to possessing a firearm in furtherance of a drug-trafficking crime. His counsel has moved to withdraw, and has filed a brief under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), arguing that the sentence was unreasonable. We conclude that Brown's appeal waiver should be enforced and prevents consideration of his claim. *See United States v. Scott*, 627 F.3d 702, 704 (8th Cir.2010) (de novo review of validity and applicability of appeal waiver); *United States v. Andis*, 333 F.3d 886, 889–90 (8th Cir.2003) (en banc) (court should enforce appeal waiver and dismiss appeal where it falls within scope of waiver, plea agreement and waiver were entered into knowingly and voluntarily, and no miscarriage of justice would result). Having independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues for appeal.

Accordingly, we dismiss the appeal and we grant counsel's motion to withdraw.

---

1. The Honorable Stephen R. Bough, United States District Judge for the Western District of Missouri.